# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00027-CV

**Robert L. Collins, Appellant**

**v.**

**Texas Natural Resources Conservation Commission, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT NO. 99-13369, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

On January 18, 2002, appellant Robert Collins filed a notice of appeal. On February 19, 2002, the district clerk informed this Court that appellant had not made arrangements to pay for preparation of the clerk's record. On February 25, 2002, this Court informed appellant that he needed to make arrangements to pay for the clerk's record or his appeal may be dismissed for want of prosecution. This Court gave appellant until March 7, 2002 to respond and make arrangements to pay for the preparation of the clerk's record. Appellant has not made arrangements to pay for the record or responded to this Court's letter. *See* Tex. R. App. P. 42.3(c).

The appeal is dismissed for want of prosecution.

_____

David Puryear, Justice

Before Justices Kidd, Patterson and Puryear

Dismissed for Want of Prosecution

Filed:  March 28, 2002

Do Not Publish